**Exhibit A to the Complaint**

**Location:** Kaneohe, HI  **IP Address:** 72.253.129.121
**Total Works Infringed:** 145  **ISP:** Hawaiian Telcom

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 37BFFD584C1244689D96C07970D5F48C9E8BC322<br>File Hash:<br>B6F7F4551D9461E3B727B2476960B8AA39E7E46BD76CE9BEC279F778B5D78B38 | 03/05/2024 05:21:57 | Blacked Raw | 03/04/2024 | 03/12/2024 | PA0002459238 |
| 2 | Info Hash: 8210F1DC309A2DD453201446A6329E16D7694A89<br>File Hash:<br>DC7B153A2EDB7F4D11AD0911B88B7561404606B8AEC8ECCC6476FBA128BEAD35 | 11/27/2023 14:19:05 | Tushy | 11/26/2023 | 12/13/2023 | PA0002445325 |
| 3 | Info Hash: ECC8E9D112BEA618EF61C10118BA86B15211AFD3<br>File Hash:<br>9C49DDD8036C946C03C8C1CC98DD3DC0291621AD22468A97116DCFEC71C30A5D | 11/04/2023 15:13:26 | Slayed | 10/31/2023 | 12/07/2023 | PA0002445808 |
| 4 | Info Hash: 70404F294DC3C1E6C1D71FD358C5C63615C149D5<br>File Hash:<br>1F640EBD797A05EFBFF6A3FFE3D4AB9B7F37BC4A4D01BE05C4D269BACCDF55F8 | 10/28/2023 13:47:27 | Vixen | 10/27/2023 | 12/05/2023 | PA0002443585 |
| 5 | Info Hash: 864AECA3E898EA4761675344E3A376F7642178C2<br>File Hash:<br>EBC7D105D9B41666CF74201EB522736305E0BA777B0CD485EBD150EA1D8B072B | 10/14/2023 14:38:10 | Vixen | 08/25/2023 | 09/18/2023 | PA0002431081 |
| 6 | Info Hash: CB745E58CDBA60516C52DF0E47031BECB64E80CE<br>File Hash:<br>43AD2F0FE789B152FF98B67C31FF8D3AA1B95D09986A9441809E7D93BEE401F9 | 10/14/2023 14:29:54 | Vixen | 10/13/2023 | 11/14/2023 | PA0002439697 |
| 7 | Info Hash: 756F97C3F34497D02236A11C4D35074801457FA8<br>File Hash:<br>B4479BED86BD7679A3120495A42534A22F7E673C9DA9FBA3DF28F23C02AABA25 | 10/03/2023 03:35:51 | Blacked Raw | 10/02/2023 | 10/18/2023 | PA0002435277 |
| 8 | Info Hash: 5D7E18C90D2BDC66702CE75F9581B01F62D72F75<br>File Hash:<br>E8F960C8B90462A28CE53EEB5ECD62ED2DDAA8291CB2706A1306788367471622 | 09/30/2023 15:19:43 | Vixen | 09/29/2023 | 10/18/2023 | PA0002435610 |
| 9 | Info Hash: B39BD552FD162AC352E9D424DC82EC2C19428A4C<br>File Hash:<br>31F6CA26FC43B230B4B6E606047148468F56042A0A49F509AC60040C90C336BA | 09/21/2023 20:03:10 | Slayed | 06/27/2023 | 07/14/2023 | PA0002427522 |
| 10 | Info Hash: 2E35D1DFCCF96D478CAB034DFC0715664BA7F4DD<br>File Hash:<br>C4230143A2AD8F01C63706C50E2D71A7A83C8BC2A4E482EDE908854AC98D8243 | 09/13/2023 14:27:23 | Tushy | 06/15/2017 | 07/07/2017 | PA0002070815 |
| 11 | Info Hash: F843A879D588AE73A56F2DC8BE9A4AF12D77F4CA<br>File Hash:<br>7AD45C6E3DD5D6A1E96F61223DF339F6562F1A36946BE43A88658E20AFC84EC9 | 09/12/2023 08:24:43 | Blacked Raw | 09/11/2023 | 09/17/2023 | PA0002430897 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 1AA389145A180BE55748A23E5D22B71FEE4BCBD5<br>File Hash: 89AD274C60624B3CD48B6B7998512DF2747E8709ABA4436FDEA438F4A2FA1496 | 08/30/2023 13:41:43 | Slayed | 08/15/2023 | 12/07/2023 | PA0002444363 |
| 13 | Info Hash: 345195C8C212D63247808CB9ACF7EB97D399B2AC<br>File Hash: B3AD4F5F7C6F0547EC6A20379B03B6B4F8F53E64C7B1114ADF0CFDD6B8581678 | 08/22/2023 08:00:00 | Blacked Raw | 08/21/2023 | 09/17/2023 | PA0002430900 |
| 14 | Info Hash: 49A9C200B04F756274991431823ACD704DCDFB64<br>File Hash: 022005A1E27BF341C3353AA0AEBAB4E72C4F5B4482917FD619BCB62CE143D60B | 08/14/2023 13:00:57 | Slayed | 08/01/2023 | 08/22/2023 | PA0002431033 |
| 15 | Info Hash: 4C3A7C56ED25D218CBEB5D084BB7900C76335DCB<br>File Hash: 413CF6A301378FD67B5CD53F95FD33814884E0722335630691EF13F9C4C99868 | 08/05/2023 14:06:22 | Tushy | 07/30/2023 | 08/17/2023 | PA0002425542 |
| 16 | Info Hash: B79D5F451022B1A8FDF8B97F75DE2F72E304C719<br>File Hash: B591559FBA69A3CEF60C7EE5A7DE269DE594B2E0A1BDFDF716BFEC1B7EE0B662 | 08/05/2023 14:05:13 | Vixen | 07/28/2023 | 08/17/2023 | PA0002425768 |
| 17 | Info Hash: 3A1EF43EC9451A65BD76019B0D4B99B337BEB1E1<br>File Hash: 292C680862EB7562E90DCD4856FEA9B5B4AA7DC50B7F49F550FB5342B4E3CA29 | 08/05/2023 14:02:52 | Vixen | 08/04/2023 | 08/17/2023 | PA0002425763 |
| 18 | Info Hash: ABCD957856DDB699B6A120A36B50DC6F12C3AF1A<br>File Hash: 453F6DAA583A6CF6BE2F314A534DE48F0E9B690FB702BCF1D27041099E345649 | 08/05/2023 14:02:45 | Blacked | 07/30/2023 | 08/17/2023 | PA0002425764 |
| 19 | Info Hash: 7CFD317743E3A1E2C24223EB2171FEBEAD05F16E<br>File Hash: 2C05F4C54AFCBCD97030D9F2819D1D21AEA172DACD0B74678A8FC181D2FEB6DD | 07/30/2023 15:14:04 | Tushy | 07/23/2023 | 08/17/2023 | PA0002425533 |
| 20 | Info Hash: 324EC61E71465F4386CB6D0BEB19E8C18D533ABD<br>File Hash: 868D6D210F82788A4E0BC13A7CB5AE0D7C95BA237597E577C619A04A6DF583F0 | 06/27/2023 02:15:24 | Tushy | 06/25/2023 | 07/13/2023 | PA0002420342 |
| 21 | Info Hash: 5BB94AB1004802D18EEBFEE64CE1B93857AA2FF0<br>File Hash: 343FB3CCBE8AB99C8B477DE3A1DE7060783AEDBCE42409DABD9DAD035F0C365F | 06/27/2023 02:15:04 | Vixen | 06/23/2023 | 08/22/2023 | PA0002431034 |
| 22 | Info Hash: 540ED152DD3715A2E9B644E1A32880F02B99281D<br>File Hash: 46003CE73FC9B2A5DE672779ED28F1C8E7BB2A64759D84C412EC9B7B8079764D | 06/11/2023 15:14:42 | Blacked | 06/10/2023 | 07/13/2023 | PA0002420362 |
| 23 | Info Hash: C6669ADD9B0F3E67DCE328B4CAC96D5DFE08C0EE<br>File Hash: 38A94341615FFB732966A3BA32F7D3AB2EB62980609457FE788EC443FFB4181A | 06/09/2023 13:15:37 | Blacked Raw | 06/08/2023 | 07/13/2023 | PA0002420361 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 6349F5E18CB10729D3E4A2B027C2ECD45BFD9068<br>File Hash: 6DAEB3C4C97B7103529BF4710B97598DB6D3D92A3FF5E91CCFB735DB3498615E | 05/28/2023 16:52:36 | Slayed | 11/29/2022 | 01/05/2023 | PA0002394013 |
| 25 | Info Hash: 3658D8008479A4D8908A15B8C4FF207266C7E304<br>File Hash: B06B1588D52DF11A9C38BED7FDAE4C9402C9D714FE1D454DB2D768C99EAD8C14 | 05/23/2023 05:04:34 | Vixen | 05/19/2023 | 06/09/2023 | PA0002415364 |
| 26 | Info Hash: 893932E9AF5006B530FA71C8A4646E3CDC474CAA<br>File Hash: DC371AAF346BA03418D1621ACF8B5994B51984574BD22B2113CF6D23AFD7D79E | 05/16/2023 05:58:32 | Blacked | 05/13/2023 | 06/09/2023 | PA0002415384 |
| 27 | Info Hash: 65C96C9B29CA86AFDC7700127473D74E2231ED47<br>File Hash: 789D388B32450DD7765516215B4AE6E80EADDD364F306CD24092B293E915B7C6 | 04/24/2023 13:12:28 | Blacked Raw | 04/19/2023 | 05/14/2023 | PA0002411264 |
| 28 | Info Hash: CF908D8BA58ED5AD647C500172BF9D2D523E429E<br>File Hash: AF9F1602B97C23C054D8C37312CA084505123BE0169F4F4FCEE360018B62DD24 | 04/16/2023 15:08:52 | Blacked Raw | 04/14/2023 | 05/14/2023 | PA0002411257 |
| 29 | Info Hash: 30301D91EB7B5A90760AA74896B144B14379DD64<br>File Hash: 6BCEB16549DD0A377B08BAEE1ECD57E3BAE36C319AF76E4B89E8DD8D03BFDACB | 04/10/2023 15:50:37 | Blacked | 04/08/2023 | 05/15/2023 | PA0002411276 |
| 30 | Info Hash: 6D912033BC0CD8056DAB1EC51A81A039C7AF76B6<br>File Hash: FF141E9DD6237F036573E3848CFB53647759F9C1A616973B436AB4FC19057EA2 | 04/08/2023 15:28:18 | Slayed | 10/18/2022 | 11/24/2022 | PA0002388551 |
| 31 | Info Hash: F3D816318CF31DE7C799B3D8EDCAB1EDCE0B8E91<br>File Hash: DCBBC7C798C9B537ACE8CFE0FF4BBABCAF96F11F1B8A72A4922BC8F8AB73F9FA | 04/04/2023 10:20:20 | Slayed | 10/11/2022 | 11/24/2022 | PA0002388301 |
| 32 | Info Hash: 08F1F94091C4E9CBD473B5057ECC96F4D9FD983B<br>File Hash: 24D7A0E5D95DD6FBA391C2D8607126EF1E8918ADF4531F720A85CFE29D6CF2DC | 04/01/2023 18:54:18 | Blacked Raw | 03/30/2023 | 04/07/2023 | PA0002405733 |
| 33 | Info Hash: EB4A9DF936FDE36CD9D8E2947C44B32F735F7A76<br>File Hash: F251819BD9ED6875E59A282628E5585C935471AF568355DE9EEC390A3A8889AF | 03/26/2023 16:10:43 | Vixen | 03/24/2023 | 04/10/2023 | PA0002405937 |
| 34 | Info Hash: 25E886C3D4A5C7D6B1AAF057CA364D404C96322A<br>File Hash: 06FB9F5EBBC5B909DFC892719DBBCF2DA84E47D4BF5A00EE0C8E475D275E185F | 03/11/2023 13:27:32 | Vixen | 03/10/2023 | 04/09/2023 | PA0002405759 |
| 35 | Info Hash: 5934CAF7E62BD17FF2B6CEF24482B13A9B4A3BD0<br>File Hash: 8CDB3681EAE8E4D7005F5759D3873A0EA4F631F1C6547F7C66C73E474366A784 | 03/02/2023 13:37:42 | Blacked Raw | 02/28/2023 | 03/05/2023 | PA0002399873 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 3BA0D3954BC406710F062C5979ECD9BF8A91237F<br>File Hash: B63705671B499FF06D1B96A11375F61E4779F02BDD1B90F8F602397FB45E1F1E | 02/13/2023 07:53:20 | Blacked Raw | 10/01/2022 | 10/31/2022 | PA0002377811 |
| 37 | Info Hash: AE8B289AFFF64C753AA2C717FFA3C83A8218B65D<br>File Hash: ED300EB718FFF1ED54F124FA0DCDB64E6AFD1E470B0269D50872CE6413ADD235 | 02/13/2023 06:44:52 | Tushy | 11/27/2022 | 12/11/2022 | PA0002384751 |
| 38 | Info Hash: 642302AF292A92951399C47977376BC5AC5ED299<br>File Hash: 313EC5C02C7934FC40B3B14246153E2E03D286A050576B29AEF965B2D1325C16 | 02/04/2023 13:41:17 | Vixen | 02/03/2023 | 03/07/2023 | PA0002400312 |
| 39 | Info Hash: 2B8AE159020AAF665B654FAD042112178D285D78<br>File Hash: 1D67C457A01702FAA156BA999FAC166A96C167A4B97196F7A9F213228F0145EC | 02/03/2023 07:28:40 | Tushy | 08/14/2017 | 08/17/2017 | PA0002048391 |
| 40 | Info Hash: 0C51C206846DE2EF125EA6F0705D73404A20CE4D<br>File Hash: 0E0EA4B5AC1AAB775883BAA5C42064DD349362D3C989AA6D9AE87B6A3BF432EE | 01/09/2023 07:51:35 | Blacked | 01/07/2023 | 01/27/2023 | PA0002393078 |
| 41 | Info Hash: CB824E8C8C2E955B1913A116A11A448FF74ADC80<br>File Hash: BA3525EF7022D26044B192EBAA815DB0C698E500BABC616A3D36FEB4A57476DC | 12/28/2022 13:32:53 | Blacked Raw | 12/25/2022 | 01/09/2023 | PA0002389598 |
| 42 | Info Hash: 9E823BE29A822EE14697A7434DBD4D2769A27C02<br>File Hash: 6685691171B23A1E56F0E2A948A679EC1FAF4B206F3C69447895FF4652F535A2 | 12/22/2022 22:16:04 | Blacked Raw | 12/20/2022 | 01/09/2023 | PA0002389608 |
| 43 | Info Hash: B4872849CA199ABA718FA1760215E33895C853E5<br>File Hash: ABD6283E55070462A895BEC1BB4AF7DB8EDF70D1DA197CF76BF91B5558365471 | 12/18/2022 14:21:35 | Vixen | 12/16/2022 | 01/10/2023 | PA0002389621 |
| 44 | Info Hash: F2FF5984C6669188B2BD37CF7C72FDF97A534272<br>File Hash: 0CEAE4FCE56CEE14A6B3E1E9424700F52EF91EDD808E8ECFBBCCF1C399A306D1 | 12/12/2022 19:03:28 | Blacked | 12/10/2022 | 01/10/2023 | PA0002389588 |
| 45 | Info Hash: E392A850088C2E06ADE101186F9D079552FAEB39<br>File Hash: BFC21BFB8625C29AB823AC2EC38B6C00D98930264846738738DBC7508BF4C346 | 12/08/2022 16:23:15 | Slayed | 06/07/2022 | 07/21/2022 | PA0002367487 |
| 46 | Info Hash: D4B386DF0D3BD87A6A711A69CF90EBF32A35725C<br>File Hash: 4086C1DE12A58A00B4AA3C1373CD9751397CB52075608CF542FB7DE28273AD30 | 12/01/2022 10:35:40 | Slayed | 05/31/2022 | 06/09/2022 | PA0002361663 |
| 47 | Info Hash: B53E8A5120702E0836DC0FF45BB700C33E17CD60<br>File Hash: 089ED36D132071F6A22F01E2880CE5415628D1BF44A9594B7C0CD08BD4B64020 | 11/28/2022 13:47:06 | Vixen | 11/25/2022 | 12/11/2022 | PA0002384729 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: 47817AC19C8499CD9A9EB4826097B9597045EA0F<br>File Hash: 69C5684B1E87D3069AF83292A8AC3AF63E1A87132342F33D06A9BA0362F1B985 | 11/27/2022 21:00:53 | Blacked | 11/26/2022 | 12/11/2022 | PA0002384739 |
| 49 | Info Hash: 82EBE8F0D8C946B2FB88C575A22A096DD6E5A99C<br>File Hash: 96F5CC9B9AD995DB9E371BF88276AA8961566CC401F74AD787FF88D7EB69F046 | 11/25/2022 14:48:28 | Slayed | 05/24/2022 | 06/09/2022 | PA0002361291 |
| 50 | Info Hash: F6258E0BEBA58E3EB038EA41D51919ED7AE101BF<br>File Hash: B2F1872CD8202F3FAF7BDB3FF46F33698315112D32C4C7D83EC78A205C4DABDC | 11/23/2022 15:28:11 | Tushy | 11/20/2022 | 12/11/2022 | PA0002384715 |
| 51 | Info Hash: 9191BBB92E06E8742E9F6D0F6DDF1B55DF5096B5<br>File Hash: D2341F49BEC2F2FA6B25090A6B4694E3E8D0D68883109D9BD06A823F61DCC810 | 11/15/2022 08:08:34 | Tushy | 11/13/2022 | 12/11/2022 | PA0002384758 |
| 52 | Info Hash: 7EE037A2CE46858575B7A649A329190DED3144FD<br>File Hash: 86C341BE7EA13C9304EBA639F39D46D0F1E64D62E716D24E77870C601285180A | 11/13/2022 10:52:30 | Vixen | 11/11/2022 | 12/11/2022 | PA0002384688 |
| 53 | Info Hash: 5C1D84B8EE66AA95473A12F7D5A7612D9B4D375C<br>File Hash: 4C5E775EEBDE716DA30F22E2C79DB0F8FC6CB1A39E29CBCB5B49EAF97FBB323A | 11/06/2022 10:59:07 | Vixen | 11/04/2022 | 12/11/2022 | PA0002384755 |
| 54 | Info Hash: 95D26FABB948FB8FE36127BFFA7F810C87D756DE<br>File Hash: 7D8A3C3849C6A5E8C87FCB5A08C2904490E0DFB385374B24561D250BE08EA736 | 10/31/2022 22:40:26 | Blacked | 10/29/2022 | 01/06/2023 | PA0002394016 |
| 55 | Info Hash: 307B10AC43F5DC6307100B5B98A340DE5AAFEB06<br>File Hash: C7D34553FCDA2EFC004355B0406EA2A6E06952123D496330EA7D562A82B58962 | 10/25/2022 05:12:06 | Tushy | 10/23/2022 | 10/31/2022 | PA0002377815 |
| 56 | Info Hash: A06A21906C5CCA79C85F7BFCFDB7C755910C4E10<br>File Hash: 471EBFF0B97DD8D5919A8670BD8F186FE5EAC62C4E7B7FBF24A5B3851ECC266C | 10/24/2022 22:23:46 | Blacked | 10/22/2022 | 10/31/2022 | PA0002377820 |
| 57 | Info Hash: B56C40F0B68FC136AFD3D4CB428FECDC2D7ED6E4<br>File Hash: C0091D3AF04CA88C5F5B40FAF3DA763BA207E5FFE1BBB52EB085A82A9BDA8D1C | 10/21/2022 23:18:50 | Vixen | 10/21/2022 | 11/01/2022 | PA0002378075 |
| 58 | Info Hash: A12A9975F7649C1C5E543623EA13E0F7D6D92807<br>File Hash: D639D13662A921C97C81674EDB2DE452005CB8190C6961545F216A9C0C93DDA9 | 10/19/2022 18:32:35 | Blacked Raw | 10/16/2022 | 11/01/2022 | PA0002378071 |
| 59 | Info Hash: A5666F4387EA230860DCF165EE699E79CC86445C<br>File Hash: F8E19A55EC11C47B8F3144AC4F2EA1C8E8B0EE5C5CEA7BC3AA8AD264D83615FD | 10/17/2022 13:33:46 | Blacked | 10/15/2022 | 11/01/2022 | PA0002378073 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: C087CBED0E6FDAD7DA8C4C9D2C2C45577254D46C<br>File Hash: 7A8029BBDAD56E112A9C1246BEFD6CD658AEAEC108F12DE11065DB894F4097EA | 10/11/2022 21:38:01 | Slayed | 08/16/2022 | 09/22/2022 | PA0002378429 |
| 61 | Info Hash: 7C805125B9931DC9B881E6AA9A14003D9ADD72FB<br>File Hash: C92F531F420CA4C3D2F37137720823E4C4F393E2199BEAEB86E88D16F74BCD03 | 10/08/2022 10:16:26 | Blacked Raw | 10/06/2022 | 11/01/2022 | PA0002378072 |
| 62 | Info Hash: 3FCB5EDC4F914B5E7E509A419779B9C41C106BED<br>File Hash: 64D9FA6D56DC2C9786A13DBC667D003150B4FA85671ED892B747B6486C35D61C | 10/03/2022 19:11:46 | Blacked | 10/01/2022 | 10/31/2022 | PA0002377817 |
| 63 | Info Hash: 5E1A3D6AF4978D54F4CA411DD5E35C28CEA65F7E<br>File Hash: 54E74E8CE0E0223D73778B4CD8130E81E18919913668488D461F71BA75FCC39F | 09/30/2022 09:21:16 | Slayed | 05/03/2022 | 06/09/2022 | PA0002361668 |
| 64 | Info Hash: 3F358B52530413E4934D5BF69DA9512FD4A490DA<br>File Hash: B19A72ADAA0E7982B35120A6CDA7DEB88120B00BD1AC2D9A3C6632AF8F5C73BA | 09/22/2022 00:43:13 | Slayed | 04/12/2022 | 06/09/2022 | PA0002361951 |
| 65 | Info Hash: E2086F3C551329D567047890A9AE07ED50ADC4F2<br>File Hash: 7561B3C94BF63220BA8C558AE286B8CEC046152CD34CD4ABCAF64BA3DA2DD725 | 09/17/2022 15:29:59 | Slayed | 03/22/2022 | 04/21/2022 | PA0002353052 |
| 66 | Info Hash: F06DB06CB174A838EB8C8898F07BFC13917D892D<br>File Hash: 522AC6CFBB1B852C3DCF7433D96C346398F3539766E681A14030C2C9B3E5DF27 | 09/14/2022 06:38:15 | Blacked Raw | 09/11/2022 | 10/05/2022 | PA0002373951 |
| 67 | Info Hash: 4152ED89B504AC5B70FC3BBE20B84DF97888EAD2<br>File Hash: E4EC555A53B2FE6E81538CF8742AF2316E8CAC0A48DA4E65E87E436B698C219E | 09/13/2022 23:17:30 | Tushy | 09/11/2022 | 10/05/2022 | PA0002373765 |
| 68 | Info Hash: A41CA9CDF5E1265E4080B8FF535153BA1F52B6D8<br>File Hash: 7478F71FA1C2D7B4A26A5E56E65830F689ECB424908F2FF87FE29C837262EBB7 | 09/12/2022 11:31:52 | Blacked | 07/09/2018 | 08/07/2018 | PA0002131818 |
| 69 | Info Hash: FBD6BBE7A5CC7FEB803A35B75EBE9C49312954B2<br>File Hash: B673E68789BE530B8063FE9BDCFC751A2B8436C6D56685E00157F96405768839 | 09/12/2022 11:31:38 | Blacked | 10/02/2018 | 10/16/2018 | PA0002127785 |
| 70 | Info Hash: 486C17ADFB8696EE12AA59B6213B64B4239E1FC2<br>File Hash: 9494958EE7DF6195DAC64545B57D3F1505F144BC4971D601DE12BAC3522C2CBE | 09/12/2022 11:30:40 | Blacked | 09/10/2022 | 10/05/2022 | PA0002373949 |
| 71 | Info Hash: 426FD4E37D840A1BF92F1C7483CFCF6DB05B2159<br>File Hash: A1D0ECE2990179A7C767537A605A80F1091AE622E4A8237D1F1ABADDFD22C71F | 09/07/2022 07:05:17 | Tushy | 09/04/2022 | 11/27/2022 | PA0002388059 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: 27BAD7B7BAE709FD4CA2B613F532AC8C772E9F94<br>File Hash: 2923F3067E4BF3F47E62AF432F567D2D3C0ABB4A23A0F09C6EFD1DA39B577131 | 09/05/2022 18:44:18 | Blacked | 09/03/2022 | 11/01/2022 | PA0002378069 |
| 73 | Info Hash: 289D7B1802F048E171CE2B60861C15CD88E7FB86<br>File Hash: 81FFD30786259531C30B8EFB8E4AA547B4C087CF9AF8EB9F23F17176D4E9AA99 | 08/29/2022 07:40:51 | Blacked Raw | 08/27/2022 | 10/31/2022 | PA0002377814 |
| 74 | Info Hash: 12E82E22123F4B517494486EA67E9933AF1E9A95<br>File Hash: 9E3D5E338000A79DA71BB31B5ADA7866B2AFF776E40CC5BEC76205896F517B84 | 08/29/2022 07:40:34 | Blacked | 08/27/2022 | 10/05/2022 | PA0002373768 |
| 75 | Info Hash: C50F90F5C52D0EF98AF8FCB8DFA605B3EA200FBF<br>File Hash: FF3BC0768BBFC3B19053BD8540A326DAB4EEB760022FD41C7323A95403E824D6 | 08/28/2022 14:46:06 | Vixen | 08/26/2022 | 10/05/2022 | PA0002373767 |
| 76 | Info Hash: 70D3E779D30678EB929E2EEF115D993F8973B5DD<br>File Hash: C639BD8B3EC1C9F8B42A1214F12742C2C125AB9D2835CB4984F8191E5044A14F | 08/24/2022 06:42:57 | Blacked Raw | 08/22/2022 | 08/30/2022 | PA0002367731 |
| 77 | Info Hash: DA9611E9C7E846C569D5C06970789091CF2B3B44<br>File Hash: D150538D71C52F360C335808651D9C366B117C599BC5659BCF12E09496EEA6CD | 08/17/2022 13:10:14 | Blacked Raw | 08/15/2022 | 08/29/2022 | PA0002367735 |
| 78 | Info Hash: B0CAA4D95994248141ED9615D6C60A0EF6719C74<br>File Hash: DE6B5755622A8D5504757FB262D3BC59EAC0111811F6AD10DF462DFD9109566C | 08/15/2022 17:25:45 | Blacked | 08/13/2022 | 08/30/2022 | PA0002367729 |
| 79 | Info Hash: 863DCE8C3FE84D61AA0EBDB6DB3989D9E3167CEC<br>File Hash: 5AA6ADCDF4C4A8D3A551EE722932664E404A3BBC84DB7F387BE90F5352BB1F6C | 08/14/2022 21:17:45 | Blacked Raw | 06/27/2022 | 07/22/2022 | PA0002359465 |
| 80 | Info Hash: 84C5F1993865C560AAB7CEE3BA17969A78454E43<br>File Hash: 55FB7CE72A5580A94A6CAD18275E2B8FC36070D964F432799F9A330A1D870AA5 | 07/31/2022 13:11:07 | Vixen | 07/29/2022 | 08/29/2022 | PA0002367717 |
| 81 | Info Hash: 480726ED66E198F5DBACFCD511A50A5080EF8F42<br>File Hash: CA67A23FB24BA3F401C41E275D1766C140D556B7FB4B77B158F63E0A46FFBDDA | 07/27/2022 14:59:47 | Blacked Raw | 07/25/2022 | 08/29/2022 | PA0002367727 |
| 82 | Info Hash: 22F64C34048F6C532A3151D95A82FCDB8E19203E<br>File Hash: AD346A8CD6EF858B1E9B78B90620A5398A58CFA3EA6686949B09F71D08D1FAD3 | 07/27/2022 07:05:32 | Tushy | 07/24/2022 | 08/29/2022 | PA0002367746 |
| 83 | Info Hash: 9484E63C729B5E6DEAA1B2A31E98075B16D914A4<br>File Hash: 7378EBD3719E21C39E6A186B686DAB035587EBA3566D98DBDAF723BD309BF17C | 07/19/2022 16:55:12 | Tushy | 07/17/2022 | 07/22/2022 | PA0002359476 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 84 | Info Hash: 40926070A8063DA47ACC550050B316C90BACBF83<br>File Hash: 22B8ABF72350CAE58C0D59AAC0F6F96DF65218948431BED071AF314046372DE3 | 07/13/2022 23:18:30 | Blacked Raw | 07/11/2022 | 07/22/2022 | PA0002359473 |
| 85 | Info Hash: 674B524FAFD7B1AAF922C49B78FD1C201BE620FF<br>File Hash: 32CF7DE4D0D97CA7345FD583EF8460A1DA3FEA4DC48296095F438A352DF65FD1 | 07/12/2022 05:17:52 | Vixen | 07/08/2022 | 08/10/2022 | PA0002370903 |
| 86 | Info Hash: 91C9853D10AB699330E998EFDFEE971D55D27B2B<br>File Hash: D1EFA466C429778B269E0D4642416875B1C3969E4F0E67E6913DFB2962435C94 | 07/01/2022 11:50:51 | Slayed | 02/08/2022 | 03/04/2022 | PA0002345794 |
| 87 | Info Hash: 8250F638FC20893A0B60A732D01F8296EB9A372E<br>File Hash: C0E0EE2941DF630579425C54DBFCC249222D7C1FC059F97E4137027A6C197835 | 06/20/2022 06:18:47 | Blacked | 06/18/2022 | 06/27/2022 | PA0002355032 |
| 88 | Info Hash: 4833769907447359B1AE74973646943178E54A70<br>File Hash: 78EB322F8D7792EE00F03A2196DEC628F7D3A24B5849AB27E0DE357EC081AF27 | 06/19/2022 15:23:32 | Vixen | 06/17/2022 | 06/27/2022 | PA0002355040 |
| 89 | Info Hash: 08F5484B186349154B46F5F383C576D740BAC702<br>File Hash: ED5283D0D8C08ECF6727181CDE9E0C299A151AB760A517D492C38239330C9D71 | 06/18/2022 20:49:49 | Blacked | 06/11/2022 | 06/27/2022 | PA0002355039 |
| 90 | Info Hash: 34C8C1B694349A1DF59D9F3EFE5A333A6EC7F644<br>File Hash: 23FF03E8C3FB4FDE9345CDF7003D800AB523390D1F647D6CEE532772B08A913F | 06/14/2022 15:06:12 | Tushy | 06/12/2022 | 06/27/2022 | PA0002354982 |
| 91 | Info Hash: 912CCDFF2D975032EB1CDE8DBBD4F5CF9A870F59<br>File Hash: DBE19E7606259E40EE0127B68C2E9720B4327680993BD2CC4BC400FF769A4B98 | 06/12/2022 15:11:40 | Vixen | 06/10/2022 | 06/27/2022 | PA0002354995 |
| 92 | Info Hash: E081ECD813668280E3C6F4D315E9D1BCD585D50F<br>File Hash: B640BFB45BF1C40BCAC90797322F8ED7C6EF1079C1AD872455AEA83D3380A666 | 06/10/2022 06:54:05 | Slayed | 12/28/2021 | 02/03/2022 | PA0002341801 |
| 93 | Info Hash: AF91979F566FD3D83F791FBDACF3241AF860E92C<br>File Hash: 597EE4589764A82DC7E08E082F3C33C99AC6FF5A0DDBEAB315B3632DF1225620 | 05/23/2022 07:16:44 | Blacked | 05/21/2022 | 06/27/2022 | PA0002354986 |
| 94 | Info Hash: 87A04FA1AAE06DD2E662C82CD5EF39D11E0B0BF0<br>File Hash: 44DDDA224F4BBB771F421A7B09DA79AF011EC4E3C66180655111037FEBECC81B | 05/11/2022 13:03:18 | Blacked Raw | 05/09/2022 | 05/20/2022 | PA0002350381 |
| 95 | Info Hash: 70F85629A995E2934F66A91B25DFEB54DB07C4FE<br>File Hash: EBA7009E2D6678911F0EC7BC4896E6707202F6BFAB30CD1F81B996E1D1E98058 | 05/10/2022 12:56:08 | Tushy | 05/08/2022 | 05/20/2022 | PA0002350382 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 96 | Info Hash: 3E7D09038CAB550EEB12537E21D05B0989FB657C<br>File Hash:<br>C00C8059F52ADA35C8756D56B666C0B1561FF2404515B1CFB4A1EBC0EB00D8AC | 05/09/2022<br>17:25:30 | Blacked | 05/07/2022 | 05/20/2022 | PA0002350371 |
| 97 | Info Hash: 39B3D57E0FB4BB6A79DA794635525E794F4DA1D3<br>File Hash:<br>26191AF672E6797E5CE43E79D9A9385CA96C0DB145423E53D84A2C28CB1B7884 | 04/27/2022<br>13:52:14 | Blacked Raw | 04/25/2022 | 05/20/2022 | PA0002350387 |
| 98 | Info Hash: 46F84EF35ED852694DFFE90821724A9E4A0EE41F<br>File Hash:<br>386CBBD60EFD72646EF76C1C78182F896F3233202D1A00E321D1851AD9B60BA2 | 04/26/2022<br>13:20:15 | Tushy | 04/24/2022 | 05/20/2022 | PA0002350374 |
| 99 | Info Hash: 121170F1552B3251C236FECFEA5F0DCC9C909286<br>File Hash:<br>BA4FDD90CD82EE1199B8954F25C67E2B7057E376EEE72D8C259010CF17A80A6A | 04/25/2022<br>12:31:04 | Slayed | 11/23/2021 | 12/03/2021 | PA0002333377 |
| 100 | Info Hash: 700D8BA6CFB86C1FCDB86824A983D260F0D3822A<br>File Hash:<br>A50BF53F69F7148130AE7168E21ADC13FEE05340B4945038CB566D51A4050F30 | 04/16/2022<br>15:51:57 | Slayed | 11/11/2021 | 12/03/2021 | PA0002333373 |
| 101 | Info Hash: 196A8879B8F26C1F6342DAA6E71EFFB73FD7DA60<br>File Hash:<br>D55C6C85D53A56FFB992C8BBC7002F3CEFBD1BA90A0F40A6C3C5CF7B8B47F3C2 | 04/15/2022<br>05:57:27 | Slayed | 10/28/2021 | 12/03/2021 | PA0002333378 |
| 102 | Info Hash: E80E7668A26EF21AF75D05659E7B948F8E811308<br>File Hash:<br>0E35ECBD4A0BD4FEBB7993D328346860F3346292B7311E7D9D68DE7CB0174EF9 | 04/03/2022<br>15:00:09 | Vixen | 04/01/2022 | 04/23/2022 | PA0002346428 |
| 103 | Info Hash: DA14F3F42C4D432C6B20C0A6AA6AE8796C9DD99B<br>File Hash:<br>6010BBC4C394EF3CE15806B3DBCECDC0A223C39CF95AB9D777EDD29856F23E2C | 04/02/2022<br>13:34:21 | Slayed | 09/29/2021 | 11/01/2021 | PA0002326409 |
| 104 | Info Hash: 5E895C99167DC14F740D578515707EA3BFA9F0F2<br>File Hash:<br>8679396D7C6C4417C6CF4ECB1616891043F523FAA8D5702A2057AC953380AA1C | 03/28/2022<br>11:08:25 | Blacked | 03/26/2022 | 04/23/2022 | PA0002346435 |
| 105 | Info Hash: F41A9DC694FB25BE9D70FC9DF75AA6D83CB1FD25<br>File Hash:<br>326AFC24033C9C73B095F50F829B0E18CD036F81DA13AEF68408B78227C842C2 | 03/21/2022<br>08:08:56 | Blacked | 03/19/2022 | 03/29/2022 | PA0002342841 |
| 106 | Info Hash: F24F4A6ADCC1BA1B03E1097501DA250BBF57B63A<br>File Hash:<br>519F6133E897795D3C2227625FA1B262FB3E5CDED42644E07723C44D33FBCC6A | 03/14/2022<br>16:23:47 | Vixen | 03/11/2022 | 04/21/2022 | PA0002353783 |
| 107 | Info Hash: C8487E9831566D7431E5D56F089CB417B810247F<br>File Hash:<br>C5B9AC498EA8222376874B4262FC4A44AA47DA3CFD697DC40F984FCA728B586C | 02/28/2022<br>12:14:08 | Blacked | 02/26/2022 | 03/29/2022 | PA0002342860 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 108 | Info Hash: 869B59F8458BB745FEC06D0FB6573DD27D7CD8F2<br>File Hash: AE6B574E5E895357389809F18BA5F70C675AD22B5F5FFFE79171461B37BACF02 | 02/21/2022 18:13:55 | Vixen | 02/18/2022 | 03/29/2022 | PA0002342837 |
| 109 | Info Hash: 9DB4CA8457B6275527292B39B9894F50D6537A37<br>File Hash: C9CD4A15D94A746AC94196AEAAD553CFD5A7CF812213320D8F2B8E5F368DF9FB | 02/01/2022 09:32:34 | Blacked Raw | 01/24/2022 | 02/14/2022 | PA0002335489 |
| 110 | Info Hash: 9523D8481A8921F854D9F4D658309053DF9D51E8<br>File Hash: 558E923B7FB03F52B6D8A375F2E7DF40A6ADBD6E8DF88D33F4BA1FD66BCB8CC4 | 01/25/2022 23:00:40 | Tushy | 01/23/2022 | 02/14/2022 | PA0002335464 |
| 111 | Info Hash: 775DEB6869799752C425208A57EC76F2FD91B60C<br>File Hash: C7AF91E7382DAFE1AC88504E58F319D0553667EBD1539184C2C5ACF67D53CFFC | 01/23/2022 16:00:49 | Vixen | 01/21/2022 | 02/14/2022 | PA0002335466 |
| 112 | Info Hash: 4E1E48CD7F979E80714336397394590A4556CDD1<br>File Hash: 12ECD79AE101365B55E48E5573B7745A75ADE8BEF99BF6526C30B971D593F21E | 01/21/2022 16:14:16 | Slayed | 09/23/2021 | 11/01/2021 | PA0002326412 |
| 113 | Info Hash: 664B06024836E7B330881A5AAEA44128319318E5<br>File Hash: FA16814141256017D9D1789BA77060C0F8B97BFB22E2FE97F6344633401C5FE7 | 01/21/2022 15:54:47 | Slayed | 12/21/2021 | 01/07/2022 | PA0002337942 |
| 114 | Info Hash: 931EDC181F041A51EF95AB4B173DF50FF05E4D90<br>File Hash: 2337021D54982B8B82C317D03796C8BD27D14D5F39C01BAA0D96A10647DCBF21 | 01/05/2022 16:57:40 | Blacked Raw | 01/03/2022 | 01/17/2022 | PA0002330091 |
| 115 | Info Hash: B7D7404BE05F28855D25697F8143AE2E027DBCF9<br>File Hash: 25E0B3C5A1DFCA83831090BAE69AD1CD4E6C03C74D45979CC1E0A879B366C42A | 01/02/2022 15:05:55 | Vixen | 12/31/2021 | 01/17/2022 | PA0002330094 |
| 116 | Info Hash: 6F381DE756DA1DE290C0E437F44B7FF8EB076531<br>File Hash: 654F0D020E8D6E40EE394C82B97DF46D151AB08490C8963B6B9E2C626EB79B7A | 12/27/2021 12:28:49 | Tushy | 12/26/2021 | 02/03/2022 | PA0002341847 |
| 117 | Info Hash: 4B576AA5A92A83B45E0239342446F37CD934EBEF<br>File Hash: C64891F0027E36B48D465F40689AB07D635021569070B5ABF4533F513144F190 | 12/08/2021 16:30:32 | Blacked Raw | 12/06/2021 | 12/13/2021 | PA0002325836 |
| 118 | Info Hash: A6064CF22BFA42CDCB19E03B6AA4FA59CAB344E4<br>File Hash: 77D757404F8D6B089EB864BB3DBF713196E725B7A6633DF26AEEEADDC0191C63 | 12/05/2021 12:26:16 | Vixen | 12/03/2021 | 12/09/2021 | PA0002325832 |
| 119 | Info Hash: DF5A3ED0D9B657DA66FAA15661AC252D29DEAC98<br>File Hash: 9D4EEEA36904351FF7E3EA081F09429CC981EBFC46812A84311AEB4DC267B0A5 | 12/01/2021 16:57:00 | Blacked Raw | 11/29/2021 | 02/03/2022 | PA0002341803 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 120 | Info Hash: DFEBDE1F0440B91F41FD2995753F356B9B050507<br>File Hash: 21FACA4786223C2EE40D7C7AA6245D84FE8C091BA279FECBE626371FC32FEB2F | 11/23/2021 10:57:08 | Tushy | 11/21/2021 | 12/09/2021 | PA0002325830 |
| 121 | Info Hash: 87F468553EA23E72D28CA890B907929E9C4EAD08<br>File Hash: C13DB6BD87D82DA98768640105FE654F244CE5593E27C6AE9EA8A4287E12B12D | 11/22/2021 15:40:45 | Blacked | 11/20/2021 | 12/09/2021 | PA0002325817 |
| 122 | Info Hash: 6AF47B474A36FC4C01A98EFF84B2658DCBE70B43<br>File Hash: CD042116EED56B533416E06A5725C090C0654B04E8FCC8C16256C47DFDDFB5C2 | 11/08/2021 17:30:32 | Tushy | 09/03/2017 | 09/15/2017 | PA0002052851 |
| 123 | Info Hash: 2FE39DF8781D43017B7FB8AC8C075450D2905953<br>File Hash: 1CCBC4D087B8FDA6170A39A4B2695E889057090CF7054FF3FE8488859B277DC5 | 09/28/2021 09:46:20 | Tushy | 09/26/2021 | 10/19/2021 | PA0002317053 |
| 124 | Info Hash: 087F48B3217D2E0820B77F2148C948C7554A3DB3<br>File Hash: 12C918C8C8EDA6938DA59142FFCAC10473D1722C59C207AE294FC300B6D3E23E | 08/24/2021 15:06:33 | Blacked Raw | 03/18/2019 | 04/08/2019 | PA0002164883 |
| 125 | Info Hash: B22286C1F80403E5873A5A3F15FB4B270FB4CDFE<br>File Hash: 8EF209FB4B8236108E2F39BFE8228149F9871441CB59BC82AE25A07165DC070E | 08/23/2021 14:11:56 | Blacked | 08/19/2021 | 09/30/2021 | PA0002319753 |
| 126 | Info Hash: D2D8C7800A880994A20A40AFB47554A53098D354<br>File Hash: BD51A392B180B77E916B16403ADF3937CE185A5AB20F9E7F5D6B184FA23E835A | 08/22/2021 11:19:37 | Blacked Raw | 08/19/2021 | 09/30/2021 | PA0002319752 |
| 127 | Info Hash: E76216D75788F550875F1524EFCA15609F7BD35F<br>File Hash: BC214A41B65BC5B6E1F073D85F6C8BAAA789384A607A507610AE465E544EF29B | 08/20/2021 12:42:53 | Tushy | 08/19/2021 | 10/05/2021 | PA0002315293 |
| 128 | Info Hash: 212F01F58E30F6308988C4B8FB484AD580669B05<br>File Hash: 2139AB67D15F40651015800D20A37BDD6C7CD8E6FC89FF90F3D04650135E4019 | 08/09/2021 11:34:21 | Tushy | 11/22/2017 | 01/04/2018 | PA0002069339 |
| 129 | Info Hash: F51D3F97C920F723727EA69585BBE4D48D5D7CB5<br>File Hash: 1D99152C1B0D8DFB781D084C011F8968BA727B86DB41B71C970FA1EE3DBB94A1 | 07/06/2021 13:58:34 | Blacked Raw | 07/05/2021 | 08/02/2021 | PA0002305092 |
| 130 | Info Hash: 09062EB84D48B8D4625A0A3B86E851A64B200E52<br>File Hash: 57CB71074CE56964606BFC0769C42F98B94F7F580D9E2B2A27DDC51AB921F7D5 | 07/06/2021 12:29:40 | Blacked | 06/26/2021 | 07/08/2021 | PA0002300662 |
| 131 | Info Hash: D186815E029743BD57D11EC01404794228A0ED91<br>File Hash: 739DE65DE961A3E2F9881019919C55FB9574EB838DE24A7EA636EB108542422D | 07/06/2021 12:29:12 | Blacked Raw | 06/21/2021 | 07/08/2021 | PA0002300661 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 132 | Info Hash: 7411B8A680D3AA86271F1D7A00681E16E38CE678<br>File Hash:<br>9728CBE8EFD108F2C5E587B66159A1487750E73F44E2CD75E01A8AC20C3741BD | 07/06/2021<br>12:26:22 | Vixen | 06/25/2021 | 08/20/2021 | PA0002312014 |
| 133 | Info Hash: 1298F063782983D727828876369D5BBECDA59BD8<br>File Hash:<br>9D3CC147078BF10D237E420B280AF5B8C9DE38D212CAE4AA0580DA88DF36C039 | 06/28/2021<br>06:39:38 | Blacked | 06/12/2021 | 07/08/2021 | PA0002300659 |
| 134 | Info Hash: 9EAA6BB9432ECBD7BE021383F508D978C07DDDEA<br>File Hash:<br>7F59A9419FB30CBA25F2259DC3B0092A785352B8CCFBAE565BA052A7300BA6BB | 06/27/2021<br>14:37:44 | Vixen | 06/11/2021 | 06/24/2021 | PA0002303166 |
| 135 | Info Hash: 57CB0C14F71B9A0CA17C5D435F834C29CF05B526<br>File Hash:<br>5139F62FF8150E311CCC67790054C42D431B2E5AB39165C967E275E6A54D1B5B | 06/01/2021<br>13:29:53 | Blacked Raw | 05/31/2021 | 06/15/2021 | PA0002296925 |
| 136 | Info Hash: D2EB9BBD2D836C6D5C74AC123AE97625C20F65EE<br>File Hash:<br>413E79732FE4E8055E5A6547689BD6EBD5956DF283A202B277B5849943F8B2FF | 06/01/2021<br>13:28:25 | Blacked Raw | 05/17/2021 | 06/03/2021 | PA0002299687 |
| 137 | Info Hash: 3CD99E257386DDC5B973FD7607708B1776093C43<br>File Hash:<br>DD0DFBDFA53637D837CE79705107E47F5E01E3ED8E855C84B3FAB3C015C66A58 | 06/01/2021<br>03:29:19 | Blacked | 05/15/2021 | 06/09/2021 | PA0002295594 |
| 138 | Info Hash: 80DA686CB2BD4A8751E64E5F9A76F64E2913A44D<br>File Hash:<br>B40F7BFC1A8932ADCDAFAB881E4D6E84218488CC78D5F18FA85FEA042ECC6203 | 05/30/2021<br>17:35:44 | Vixen | 05/14/2021 | 06/03/2021 | PA0002299686 |
| 139 | Info Hash: 609907DC345C8704CB071BC1A3E3364290427595<br>File Hash:<br>12F55FE366D759A9E9C67611FE2E065FDD09C92AE08712A2209A882F4DD0C8A7 | 05/23/2021<br>15:44:11 | Vixen | 08/12/2017 | 08/17/2017 | PA0002048373 |
| 140 | Info Hash: 9BC774ABF2603AC833ACCD5C88C3804A78D8A297<br>File Hash:<br>F81974D573968FAA06B4468C16023F5A98CF8B60DA6C3FB454746736781F6FF7 | 05/16/2021<br>12:37:26 | Vixen | 04/30/2021 | 06/03/2021 | PA0002299685 |
| 141 | Info Hash: 039D06E54A133AD9A1EA93E717F6EBD5F8350EF4<br>File Hash:<br>26A40582EC5A7DF639F1DFC38449BA3E544ED1F28C8A0068646D196572E3019B | 05/10/2021<br>13:12:24 | Vixen | 04/23/2021 | 04/27/2021 | PA0002288949 |
| 142 | Info Hash: C00EDC1F12E5051872EB0D78C518EF755F9AB034<br>File Hash:<br>90C3C43060083796BF2F4730B6F8BEC9003AC66F7E40A7453C3792A1778E5035 | 04/28/2021<br>11:29:38 | Tushy | 04/11/2021 | 04/27/2021 | PA0002288948 |
| 143 | Info Hash: BC0C9BC5AF9D291E2FEF2ACC722DEFC0374C9497<br>File Hash:<br>5AEC03A279447FE51A90E242071EF9C03ACAC533AAE664E8E33446E7A2D186FB | 04/26/2021<br>15:58:53 | Vixen | 04/09/2021 | 06/03/2021 | PA0002299683 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 144 | Info Hash: 0947F99AAFE2292BE44C6990E744B53E6FCEF2C4<br>File Hash:<br>EB3B2C3949E88D80F70957B40CD176A502F472BB0C0A3F118F40AD66D87BDA8B | 04/23/2021<br>00:40:36 | Blacked | 02/06/2021 | 03/08/2021 | PA0002280372 |
| 145 | Info Hash: FCBEEDE3DB6496B738DF7E5934DFDED8C282C3ED<br>File Hash:<br>7ACB95544CC53B724028F63A3CB8D988FC1BEFFD543B9464A86C8695E4713AE5 | 04/21/2021<br>14:56:20 | Tushy | 04/04/2021 | 04/14/2021 | PA0002286714 |